United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

ANJALI WARD,

        Plaintiff,

v.

JUDITH LAWRENCE, et al.,

        Defendants.

Case No.  22-cv-03595-LB

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: ECF No. 2

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jon S. Tigar, to consider whether the case is related to case number 4:21-cv-00530-JST.

**IT IS SO ORDERED.**

Dated: June 22, 2022

_____

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 22-cv-03595-LB