UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJALI WARD,<br><br>   Plaintiff,<br><br>v.<br><br>JUDITH LAWRENCE, et al.,<br><br>   Defendants. | Case No. 22-cv-03595-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF Nos. 14, 16 |

Defendant Mark Robison filed a motion to dismiss the complaint on October 25, 2022. ECF No. 14. Plaintiff's opposition was due by November 8, 2022. Civ. L.R. 7-3(a). Defendants Crystal Gabriel, Chau Nguyen, Roslyn Gentry, Kellie Case, Acaci Chidi, Noel Plummer, and Janice Amenta filed their motion to dismiss the complaint on October 26, 2022. ECF No. 16. Plaintiff's opposition was due by November 9, 2022. Civ. L.R. 7-3(a).

As of April 12, 2023, Plaintiff has not filed an opposition to either motion. The Court orders Plaintiff to show cause, in writing, by April 26, 2023, why this action should not be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 13, 2023

_____
JON S. TIGAR
United States District Judge